JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE J. HAGAN,<br>    Petitioner,<br>  v.<br>DEBRA HERNDON, Warden,<br>    Respondent. | No. CV 09-3161-JFW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: March 8, 2012

                                                JOHN F. WALTER<br>
                                           UNITED STATES DISTRICT JUDGE